UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Case No. 8:20-cv-1905-JSM-TGW

ANDREW PERRONG, individually
and on behalf of a class of all persons and
entities similarly situated,

       Plaintiff,

vs.

TOTAL INSURANCE BROKERS, LLC,
CONSUMER DIRECT MEDIA LLC,
AIFY LLC

       Defendants.

## STIPULATION OF DISMISSAL

Plaintiff Andrew Perrong and Defendants Total Insurance Brokers, LLC, Consumer Direct Media LLC, and AIFY LLC hereby stipulate to the dismissal of this action with prejudice as to the Plaintiff's individual claim and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

                         Respectfully Submitted,

Dated: September 29, 2021       */s/ Avi Kaufman*
                                     Avi R. Kaufman (FL Bar no. 84382)
                                     kaufman@kaufmanpa.com
                                     Rachel E. Kaufman (FL Bar no. 87406)
                                     rachel@kaufmanpa.com
                                     KAUFMAN P.A.
                                     400 NW 26th Street
                                     Miami, FL 33127
                                     Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative class*

By: */s/ Anthony J. Palermo*
Cory W. Eichhorn
Florida Bar No. 576761
cory.eichhorn@hklaw.com
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
and
Anthony J. Palermo
Florida Bar No. 98716
anthony.palermo@hklaw.com
Holland & Knight LLP
100 North Tampa Street, Suite 4100
Tampa, FL 33602
Telephone: (813) 227-8500
*Attorneys for Defendant*
*Total Insurance Brokers, LLC*

LITCHFIELD CAVO LLP
By:  */s/ Stephanie H. Carlton*
Geralyn M. Passaro, Esq. (FL Bar No. 613533)
passaro@litchfieldcavo.com
Stephanie H. Carlton, Esq. (FL Bar No. 123763)
carlton@litchfieldcavo.com
600 Corporate Drive, Suite 600
Fort Lauderdale, Florida 33334
Tel.: (954) 689-3000
Fax: (954) 689-3001
*Attorney for Defendant, AIFY LLC*

By: */s/ James A. Peterson*
James A. Peterson, Esq. Florida Bar No. 645621
PETERSON LEGAL P.A.
401 East Las Olas Boulevard
Suite 130-550
Fort Lauderdale, Florida 33301

(754) 444-8076
James@PetersonLegal.com
*Attorney for Consumer Direct Media, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*